UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY ROBERTS,<br><br>   Plaintiff,<br><br>   v.<br><br>IMAGE RECOVERY SERVICE, INC. and BRIDGECREST ACCEPTANCE CORPORATION,<br><br>   Defendants. | Case No. 3:24-cv-01119-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on a notice of dismissal. (Doc. 27). The Plaintiff filed her notice on June 7, 2024. The Plaintiff seeks dismissal of one of the Defendants, Bridgecrest Acceptance Corporation, but to maintain their claims against Image Recovery Service, Inc. Under Local Rules, a dismissal for one party is properly sought through a motion to amend the complaint, with that party being omitted. However, Bridgecrest is only named in two counts—both of which also name Image Recovery Service. In the interests of judicial efficiency, the Court will construe the Plaintiff's notice of dismissal as a motion to dismiss a defendant. Being duly advised in the premises having fully considered the issues and arguments raised, the Court **GRANTS** the motion and **DIMISSES** the claims against Bridgecrest Acceptance Corporation **without prejudice**. The claims against Image Recovery Service, Inc. are **RETAINED**.

**IT IS SO ORDERED.**
**DATED:  June 14, 2024**

                                                                *s/ J. Phil Gilbert*_____
                                                                **J. PHIL GILBERT**
                                                                **DISTRICT JUDGE**