UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASHLEY ROBERTS,

        Plaintiff,

       v.

IMAGE RECOVERY SERVICE, INC, and
BRIDGECREST ACCEPTANCE
CORPORATION,

        Defendants.

Case No. 24-cv-01119-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: December 17, 2025**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **United States District Judge**